In The United States District Court
for the
Northern District of Alabama

2020 DEC -7 A 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No: 4:18-CV-00910-MHH-HNJ

Dale W. Gilley, Jr.
[Plaintiff]

v's.

Melvin Wysinger, et. al.
[Defendants]

## Motion to Inform

Comes now, the plaintiff in the above styled cause, and respectfully files this motion within this honorable court. And for good cause for this motion; Gilley will provide the following facts;



1] On the __16__ day of __october__, 2020, Gilley filed a motion for appointment of counsel. Doc. __76__.

2] Gilley was requesting counsel for the sole purpose of obtaining an affidavit from inmate __Jessie Stewart__, W/282699, who is a named witness, and questioned by Agent Hedrich on __march 7, 2018__, Doc __42-1__, At 1,

[1]

housed at Bullock Corr. Facility.

"Statement in support of motion"

In march of 2018, Gilley was approched by an inmate at Staton Corr. Facility, who is a known gang member, knows defendant w/singer personally from the streets, and knows Gilley from St. Clair Corr. Facility, T.C. program.

This inmate informed Gilley that w/singer was under investigation, and w/singer had sent word to Gilley, "That whatever you did to start your complaint, you need to do the same thing to stop the complaint."

On march 28, 2019, Gilley informed this honorable Court that he had "reason to beleive that inmate Jessie Stewart, W/282699, when questioned on or about march 7, 2018, provided a statement to Agent Hedrick aethnowledging that Gilley's claims were true and factual." Doc. 47 at 4.

The inmate who informed Gilley also told him that Jessie Stewart had told the I:I Agent that Gilley's complaint is true, but he, [Jessie Stewart], thought that w/singer was only playing with Gilley. The inmate who informed Gilley has since been transferred to another facility.

Ⓒ

[2]

Gilkey has not brought this issue up prior to now out of fear of retaliation by this inmate or defendant w/singer. The prison system is so full of cell phones, it wouldn't be hard to have someone harm Gilkey.

Gilkey did inform an attorney by the name of Ryan Becker, of Equal Justice, in montgomery, Al., shortly after he was approched at staton Corr. Facility. Mr. Becker informed Gilkey to report the situation to the shift officer, but Gilkey fear to do so.

Gilkey also report this to Attorney Julian L. mcphillips, by letter dated 6-10-19, before Gilkey filed his opposition to defendants special report/motion for summary Judgement on 6-13-19, Doc. 66. See Exhibit "A" + "B", Enclosed within this motion.

Gilkey filed his motion for appointment of counsel, Doc. 76, for the sole purpose of obtaining an affidavit from inmate stewart, so he can present the affidavit as evidence to this honorable court, to show that Gilkys allegations are not only true, but that the defendants lied to this honorable court, presented false documents to this honorable court, and tried to cover up Gilkys allegations concerning a fellow Department of Corrections employee.

Respectfully,
x Dale W Gilkey, jr

ⓒ

[3]

Certificate of Service

I, Dale W. Gilley, Jr., hereby certify that I have served a copy of this motion upon the defendants attorney, on this the 1st day of December, 2020, by placing a copy in the United States mail, postage prepaid, and forwarded to all parties concerned.

Dale W. Gilley, jr

c/c

Northern District court, clerks office
Madeline H. Lewis, Defense Counsel of record
Records



[4]

# McPhillips Shinbaum, L.L.P.

### McPhillips, Shinbaum, Luck, Bodin & Guillot
ATTORNEYS AND COUNSELORS AT LAW

*Exhibit "A"*

Julian L. McPhillips, Jr.*
Kenneth Shinbaum
Aaron J. Luck
James G. Bodin**
Joseph C. Guillot
Chase Estes

516 SOUTH PERRY STREET
MONTGOMERY, ALABAMA 36104
(334) 262-1911 • (866) 224-8664
FAX (334) 263-2321

*Also Admitted in NY
**Also Admitted in DC

Post Office Box 64
Montgomery, Alabama 36101
Office Admin. Amelia Strickland

Of Counsel Attorneys
David Sawyer
Tanika Finney

October 21, 2019

Mr. Dale Gilley
182280 A1-3B
Staton Correctional Facility
2690 Marion Spillway Road
Elmore, AL 36025

**Re:    Your letter**

Dear Mr. Gilley:

I apologize for not responding to your letter of October 10, 2019 sooner. You ask me if I received any one of 3 letters from you in the last 4-5 months. Frankly, I do not recall receiving them, except for one dated June 10, 2019 that my paralegal just found (see attached copy).

Further, I have a very crowded plate of cases already, and have to be careful about which ones I take. You can send me a copy, if you want, of your sexual harassment lawsuit against the officers at I & I. However, I truly doubt I can take it, and furthermore, without a signed attorney-client agreement, I'd have no obligation.

I am in my 49th year of law practice and turn 73 in mid-November, but fortunately am still in good health. I'm also a bit of an author and I enclose for you a copy of Chapter 6 entitled **"Alabama Prisons a Nightmare",** of my latest published book, namely **Only in Alabama**. I pray for all of you incarcerated, and hope you will be out soon.

Sincerely,

Julian L. McPhillips, Jr.

JLMcP/bms
Enclosures

Pg 1
6-10-19

Exhibit
"B"

Mr. McPhillips;

Sir, my name is Dale Gilley, and I wrote you several letters concerning an officer at St. Clair prison sexually harassing me, and in return, you responded with help and your support. Thank you for everything you did. And just to let you know, the law suit is going good.

I fully understand your busy, so I'll keep my letter short and I'll get right to the request. The Federal court ordered the defendants "3" times to provide me with a copy of all the inmate witnesses statements showing me were they refuted my allegations occurred, as the defendants claim.

Twice, they provided the court with false, misleading, self-serving documents, in there writing and words, stating what the inmates claimed to have told them.

To make a long story short, the court placed a "Fourth" court on them, where they were ordered to provide the inmates personally written statements, and any recordings of the same. The defendants responded with they didn't have the inmates write out there statements, nor did they record them. Everything provided to the courts is bare allegations.

The Agent who investigated my case has told so many lies, and contradicted his statements, it's easy to see he is trying to cover up my complaint. So, Mr. McPhillips sir, and I'm requesting your help in this situation, so I can prove that this I & I Agent is lieing.

Sir, I know for a fact that one witness I provided told the Agent that my allegations were factual, but he thought we were playing. The Agent is trying to prevent this statement from being presented to the court. And this Agent has no idea that I know this inmate made this statement!

Sir, I am respectfully asking you, could you please reach out to this inmate and have him write out a statement to you, informing you as to what all he knows and told the I.C.I agent who spoke to him? And did the Agent record their conversation?

His name is Jessie Stewart, W/282699, and he is currently at Bullock Prison in Union Springs. I look for the court to notify me this week that I have 21 days to file my response. I haven't ask for any extension yet, so if you can help me out with this I'd muchly appreciate your assistance.

Thank you sir, in advance for any and all help you may offer me.

Respectfully,
Dale Gilley

c/o Dale W. Gilley, Jr.   182280   A1-3B
Staton Corr. Facility
2690 Marion Spillway Rd.
Elmore, Al 36025